IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re | Chapter 7 |
|---|---|
| ALAN KUSH, | Case No. 05-24972-SSC |
| | Adv. No. 06-225 |
| Debtor. | ORDER INCORPORATING MEMORANDUM DECISION DATED OCTOBER 30, 2006 |

Based upon this Court's Memorandum Decision dated October 30, 2006, which is incorporated herein by reference:

The Court finds that the Plaintiff has met her burden of going forward under 11 U.S.C. § 523(a)(15), and the Debtor has not met his burden of persuasion. Therefore,

IT IS ORDERED that the Plaintiff is owed the princiapl amount of $24,473.67 and accrued interest of $7,690.27, as of January 12, 2006, with accruing interests and costs thereon, which debt shall be non-dischargeable under 11 U.S.C. § 523(a)(15). The Plaintiff shall submit a separate affidavit as to her attorneys' fees on notice to the Defendant. A final judgment shall be entered after a determination of the attorneys' fees.

DATED this 30th day of October, 2006.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Honorable Sarah Sharer Curley |
| 4 | Chief U. S. Bankruptcy Judge |
| 5 | BNC to NOTICE |
| 6 | |