# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>ALAN KUSH,<br><br><br><br>Debtor. | Chapter 7<br><br>Case No. 05-24972-SSC<br><br>Adv. No. 06-225<br><br>AMENDED ORDER INCORPORATING MEMORANDUM DECISION DATED OCTOBER 30, 2006 |

Based upon this Court's Memorandum Decision dated October 30, 2006, which is incorporated herein by reference:

The Court finds that the Plaintiff has met her burden of going forward under 11 U.S.C. § 523(a)(15), and the Debtor has not met his burden of persuasion. Therefore,

IT IS ORDERED that the Plaintiff is owed the princiapl amount of $24,473.67 and accrued interest of $7,690.27, as of January 12, 2006, with accruing interests and costs thereon, which debt shall be non-dischargeable under 11 U.S.C. § 523(a)(15). The Plaintiff shall submit a separate affidavit as to her attorneys' fees on notice to the Defendant. A final judgment shall be entered after a determination of the attorneys' fees.

DATED this 30th day of October, 2006.

                                    _____
                                    Honorable Sarah Sharer Curley
                                    United States Bankruptcy Judge

BNC to NOTICE